# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| CARLA GRANT, Personal Representative of the Estate of Clayburn Grant,<br><br>          Plaintiff,<br><br>vs.<br><br>BRADLEY NORTON; UNITED STATES OF AMERICA; and DOES 1-10,<br><br>          Defendants. | CV 22-62-GF-JTJ<br><br>**ORDER** |

Plaintiff has moved to either stay her claims against Defendant Bradley Norton (Norton), or dismiss her claims against Norton without prejudice, pending the outcome of related proceedings in Fort Belknap Tribal Court. (Doc. 14 at 1-2). Defendants do not oppose the motion. (Doc. 14 at 1-2).

The Court has determined that the better alternative is to dismiss Plaintiff's claims against Norton without prejudice.

Accordingly, IT IS HEREBY ORDERED:

1.     Plaintiff's Motion to Dismiss (Doc. 14-2) is GRANTED.

2.     Plaintiff's Motion to Stay (Doc. 14-1) is DENIED.

3.     Plaintiff's claims against Norton are DISMISSED without

prejudice.  Plaintiff may re-assert her claims against Norton in this Court upon

conclusion of the proceedings in Fort Belknap Tribal Court, if appropriate.

    4.    Norton's Motion to Dismiss (Doc. 12) is DENIED as moot.

DATED this 4th day of November, 2022.

John Johnston
United States Magistrate Judge