IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| CARLA GRANT, Personal Representative of the Estate of Clayburn Grant,<br>            Plaintiff,<br>    vs.<br><br>UNITED STATES OF AMERICA, and DOES 1-10,<br>            Defendants. | CV 22-62-GF-JTJ<br><br><br>ORDER |

Defendant United States of America has filed an unopposed motion to compel the deposition testimony of witness Tori Snell, pursuant to Fed. R. Civ. P. 37(a)(3)(B)(i).   Snell was a percipient witness to the officer-involved shooting death of Clayburn Grant, the incident which forms the basis of this lawsuit, and was in a domestic relationship with Grant at the time of the incident.   Snell appeared for a noticed deposition on August 29, 2023, but ultimately refused, without cause, to testify.   Accordingly,

IT IS ORDERED that the United States' motion to compel (Doc. 26) is GRANTED.   Pursuant to Fed. R. Civ. P. 30 and 37(a)(3)(B)(i), Tori Snell is hereby ORDERED to appear for the continued taking of her deposition as scheduled and noticed by the United States.   Failure to comply with this order

1

may be treated as contempt of court, pursuant to Fed. R. Civ. P. 37(b)(1), with appropriate sanctions imposed thereafter at the Court's discretion.

DATED this 14th day of September, 2023.

_____
John Johnston
United States Magistrate Judge